IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN GUANA GARZA, | 1:02-CV-5579 REC SMS HC |
| | Appeal # 06-15126 |
| Petitioner, | |
| | ORDER DISREGARDING MOTION |
| vs. | FOR APPOINTMENT OF COUNSEL |
| ALAMEIDA, | (Doc. 48) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 14, 2007, petitioner filed a motion for appointment of counsel on appeal.

Petitioner states the Ninth Circuit issued a memorandum on March 1, 2007, remanding the case to the District Court for an evidentiary hearing. The Court has not yet received a mandate from the Ninth Circuit regarding this case. Once the memorandum and the case file is received, and if an evidentiary hearing is indeed ordered, the Court will appoint counsel at that time.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel is DISMISSED without prejudice.

IT IS SO ORDERED.

**Dated:   April 17, 2007**          _____/s/ Sandra M. Snyder_____
                                     UNITED STATES MAGISTRATE JUDGE