IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROMAN GUANA GARZA,** | ) | No. CV-F-02-5579 OWW/SMS HC |
| | ) | |
| | ) | ORDER DIRECTING FEDERAL |
| | ) | DEFENDER TO APPOINT COUNSEL |
| Petitioner, | ) | TO REPRESENT PETITIONER AND |
| | ) | SETTING STATUS CONFERENCE ON |
| vs. | ) | MONDAY, JANUARY 28, 2008 AT |
| | ) | 10:00 A.M. TO SCHEDULE |
| | ) | EVIDENTIARY HEARING |
| **ALAMEIDA, Director,** | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to Ninth Circuit remand, an evidentiary hearing shall be conducted on Petitioner's claim of juror bias in his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Federal Defender is ordered to appoint counsel to represent Petitioner.

Counsel for Petitioner and for Respondent are ordered to appear in Courtroom 3 on Monday, January 28, 2008 at 10:00 a.m. for a status conference to schedule the evidentiary hearing.

///

///

1

1  IT IS SO ORDERED.

2  **Dated:   December 17, 2007**                   /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE