DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, #252052
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Petitioner
ROMAN GUANA GARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN GUANA GARZA, ) | NO. 1:02-cv-05579 OWW |
| ) | |
| Petitioner, ) | STIPULATION RE GRANTING OF |
| ) | PETITIONER'S MOTION FOR DISCOVERY |
| v. ) | AND TAKING OF DEPOSITION;  ORDER |
| ) | |
| JAMES E. TILTON, ) | Date: |
| ) | Time: |
| Respondent. ) | Judge: Hon. Oliver W. Wanger |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that this Honorable Court may grant Petitioner's motion for discovery filed herein on or about April 7, 2008, and that Petitioner should be authorized to conduct a deposition upon oral examination of Joan Robinson, Juror #7, on June 20, 2008, at 10:00 A.M. in the Office of the Federal Defender, 2300 Tulare Street, Suite 330, Fresno, California, 93721, said deposition to continue day-to-day thereafter until completed, or as further agreed to by the parties.

///

///

///

///

IT IS FURTHER STIPULATED that the Department of Justice will pay witness costs and

recording and transcription of the witness's statement, pursuant to Rule 6 of the Rules for Section 2254 Cases and 28 U.S.C. § 1825.

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: May 2, 2008                                   /s/   Carrie S. Leonetti
                                                CARRIE S. LEONETTI
                                                Assistant Federal Defender
                                                Attorney for Petitioner
                                                ROMAN GUANA GARZA

                                                BILL LOCKYER
                                                Attorney General of the State of California

DATED: May 2, 2008                                   /s/  Brian G. Smiley
                                                BRIAN G. SMILEY
                                                Deputy Attorney General
                                                Attorney for Respondent
                                                JAMES E. TILTON

## O R D E R

**IT IS SO ORDERED**.  Petitioner is hereby authorized to conduct a deposition upon oral examination of Joan Robinson, Juror #7, on June 20, 2008, pursuant to F.R.Civ.P. 30 and Rule 6(a) of the Rules Governing Section 2254 Cases, said deposition to continue day-to-day thereafter until completed or as further agreed to by the parties.  The Department of Justice shall pay witness costs and recording and transcription of the witness's statement, pursuant to Rule 6 of the Rules for Section 2254 Cases and 28 U.S.C. § 1825.

IT IS SO ORDERED.

**Dated:   June 5, 2008**                            /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE