UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROMAN GUANA GARZA, | ) | 1:02-CV-05579 OWW SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | PROTECTIVE ORDER |
| v. | ) | (45 C.F.R. § 164.512(e)) |
| | ) | |
| | ) | |
| JAMES E. TILTON, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 11, 2008, a hearing was held before this Court to decide Respondent Madera County Behavioral Health Services' motion to quash subpoena pursuant to Fed. R. Civ. Proc. Rule 45(c)(3)(A)(iii). Said motion was denied subject to the Court issuing the instant protective order.

Accordingly, IT IS HEREBY ORDERED that:

1) Madera County Behavioral Health Services SHALL PRODUCE AND PERMIT Petitioner's counsel through her investigator to inspect and copy the medical, psychiatric, counseling, and therapy records of Michelle Dockery from the date of August 14, 1992, up to and through January 12, 2002, on or before July 15, 2008, at 4:00 p.m.; and

2) With respect to the produced documents, only the attorneys, attorneys' staff, and experts involved in this habeas corpus proceeding are permitted to inspect and use the protected health

1  information contained therein, and said information may only be inspected and used for purposes of
2  this habeas corpus proceeding for which it was requested. Under no circumstances is Mr. Roman G.
3  Garza permitted to view the protected health information. At the end of the habeas corpus litigation
4  in the above-captioned case, the parties are required to return the protected health information,
5  including all copies made, to Madera County Behavioral Health Services, or to destroy it.
6  IT IS SO ORDERED.
7  **Dated:   July 11, 2008**                             **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE