1  CARRIE LEONETTI, #252052
   Rainwater Law Group
2  1430 Willamette St., Ste. 492
   Eugene, OR 97401
3  Attorney for Petitioner
   ROMAN GUANA GARZA

4

5

6               IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

   ROMAN GUANA GARZA,              )   NO. 1:02-cv-5579 OWW-SMS
9                                   )
                    Petitioner,     )   ORDER ON STIPULATION RE: PRODUCTION
10                                  )   OF DOCUMENTS
         v.                         )
11                                  )   Date:  October 24, 2006
   JAMES E. TILTON,                 )   Time:  9:00 a.m.
12                                  )   Judge: Hon. Oliver W. Wanger
                    Respondent.     )
13                                  )
   _____ )
14

15      **IT IS HEREBY STIPULATED,** by and between the Petitioner, Roman Guana Garza, by and

16  through his attorney Carrie Leonetti, and Community Regional Medical Centers, by and through its

17  attorney, Sylvia Coyle, that Petitioner's Motion to Compel Production of Documents and for Protective

    Order be granted.

18
        When this matter was discussed in open court this morning, Brian Smiley, Deputy Attorney

19  General, counsel for the Respondent, James E. Tilton, who is not a party to the third-party *subpoena* at

20  issue, was present in court and indicated that he had no objection to the motion being granted or wish to be

21  heard further on the matter.

22      DATED: July 11, 2008

23

24                                      /s/ Carrie Leonetti
                                        _____
                                        CARRIE LEONETTI
25                                      Attorney for Petitioner

26      DATED: July 11, 2008

27                                      /s/ Sylvia Coyle
                                        _____
                                        SYLVIA COYLE
28                                      Attorney for Community Medical Centers

**O R D E R**

IT IS HEREBY ORDERED that:

(1) Community Medical Centers produce a certified copy of the medical records of Michelle Dockery from 1/1/74 up to and through 1/12/2002 at the Office of the Federal Defender, 2300 Tulare St., Suite 330, Fresno, California, 93721, and permit counsel for Mr. Garza to inspect and copy such records no later than July 18, 2008 at 4:00 p.m.;

(2) With respect to the produced documents, the parties are prohibited from using or disclosing the protected health information contained therein for any purpose other than the *habeas corpus* proceedings for which it was requested and are required either to return to Community Medical Centers or to destroy the protected health information, including all copies made, at the end of the *habeas corpus* litigation in the above-captioned case.

IT IS SO ORDERED.

Dated:    **July 18, 2008**          _____
                                                **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE