1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  MICHAEL P. FARRELL
   Senior Assistant Attorney General
4  BRIAN G. SMILEY, State Bar No. 180658
   Supervising Deputy Attorney General
5  DAVID ANDREW ELDRIDGE, State Bar No. 172100
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5286
8   Fax: (916) 324-2960
    E-mail: Brian.Smiley@doj.ca.gov
9  Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROMAN GUANA GARZA,**<br><br>                                   Petitioner,<br><br>v.<br><br>**JAMES E. TILTON, Warden,**<br><br>                                   Respondent. | 1:02-CV-05579 OWW SMS<br><br>**ORDER REGARDING POST-HEARING BRIEFING** |

This written Order confirms the Court's oral pronouncement on July 25, 2008, which directed the parties to brief: (1) the legal effect of the Court's factual findings regarding Juror J. Robinson's omissions during voir dire, and (2) the nature and extent of the Court's powers of habeas relief. Petitioner's brief is due by August 1, 2008. Respondent's brief is due by August 8, 2008. Petitioner's reply is due by August 13, 2008.

SA2002FH0245
02cv5579.o.re.hrg.wpd

IT IS SO ORDERED.

Dated: __August 8, 2008__          /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE